# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**LAWRENCE SWIFT, JR.**　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　No. 2:25-cv-35-DPM-ERE

**TRACY BENNETT, Mid-Level Nurse,
East Arkansas Regional Unit, ADC; and
MICHAEL RICHARDSON, Deputy
Warden, East Arkansas Regional Unit, ADC**　　　　**DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts the partial recommendation, *Doc. 34*, and overrules Swift's objections, *Doc. 35*. Fed. R. Civ. P. 72(b)(3). Swift's motion for a preliminary injunction or temporary restraining order, *Doc. 31*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 October 2025