# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

LAWRENCE SWIFT, JR.                                                        PLAINTIFF
ADC #111527

v.                                    No. 2:25-cv-35-DPM-ERE

TRACY BENNETT, Mid-Level Nurse,
East Arkansas Regional Unit, ADC;  and
MICHAEL RICHARDSON, Deputy
Warden, East Arkansas Regional Unit, ADC                    DEFENDANTS

## ORDER

Unopposed partial recommendation, *Doc. 55*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Nurse Bennett's motion for summary judgment, *Doc. 42*, is granted. Swift's claims against her will be dismissed with prejudice. The Court directs the Clerk to terminate her as a defendant.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 March 2026