## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**LAWRENCE SWIFT, JR.**                                        **PLAINTIFF**
**ADC #111527**

v.                              **No: 2:25-cv-35-DPM**

**MICHAEL RICHARDSON,**
**Deputy Warden,**
**East Arkansas Regional Unit, ADC**                          **DEFENDANT**

### ORDER

1.     The Court withdraws the reference.

2.     The parties have settled.  *Doc. 60.*  Motions for summary judgment, *Doc. 48 & 56*, denied as moot.  This case will be dismissed with prejudice, but the Court will retain jurisdiction for a time to enforce the parties' settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 April 2026