# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

LAWRENCE SWIFT, JR.                                    PLAINTIFF
ADC #111527

v.                          No: 2:25-cv-35-DPM

TRACY BENNETT, Mid Level Nurse,
East Arkansas Regional Unit, ADC;  and
MICHAEL RICHARDSON, Deputy Warden,
East Arkansas Regional Unit, ADC              DEFENDANTS

## JUDGMENT

Swift's complaint is dismissed with prejudice.  The Court retains jurisdiction until 8 June 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

8 April 2026